STATE OF NORTH CAROLINA v. BOBBY DAVIS

No. 7127SC457

(Filed 4 August 1971)

**Criminal Law § 155.5— failure to docket record in apt time**
    Appeal is subject to dismissal for failure to docket the record on appeal within the time allowed by Court of Appeals Rule No. 5.

APPEAL by defendant from *Falls, Judge,* 7 December 1970 Session of Superior Court held in CLEVELAND County.

Defendant was charged in an indictment with the crimes of felonious breaking and entering, felonious larceny, and felonious receiving of stolen property. From a verdict of guilty of felonious breaking and entering and felonious larceny, and judgment entered thereupon, defendant appealed to this Court.

*Attorney General Morgan, by Staff Attorney Evans, for the State.*

*William E. Lamb, Jr., for defendant-appellant.*

BROCK, Judge.

The judgment in this case was entered on 16 December 1970 and the Record on Appeal was docketed in this Court on 24 May 1971. No order extending the time in which to docket the appeal appears of record. Thus, the appeal was docketed sixty-nine days late, and is subject to dismissal. Rule 5, Rules of Practice in the Court of Appeals of North Carolina. However, we have examined defendant's assignments of error and find them to be without merit.

No error.

Judges VAUGHN and GRAHAM concur.